NICOLA T. HANNA
United States Attorney
THOMAS D. COKER
Assistant United States Attorney
Chief, Tax Division
NAJAH J. SHARIFF (Cal. Bar No. 201216)
JOHN D. ELLIS (Cal. Bar No. 322922)
Assistant United States Attorneys
    Federal Building, Suite 7211
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-2534
               (213) 894-2740
    Facsimile: (213) 894-0115
    E-mail:   najah.shariff@usdoj.gov
                 john.ellis3@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | No. CV 18-9442-GW-JEMx |
|---|---|
| Plaintiff, | Order on Stipulation to Dismiss by Reason of Settlement |
| v. | |
| ROQUE K. SZETO, | |
| Defendant. | |

**ORDER**

Based on the parties Stipulation, the Court orders:

1. The parties have settled this case and have entered into a Stipulation Regarding Settlement Terms and Agreement that controls the settlement terms of the case and resolves all issues raised in the complaint.

2. Accordingly, the case is dismissed without prejudice. The Court shall retain jurisdiction over the case to enforce the terms of the settlement.

IT IS SO ORDERED:

Dated: November 6, 2019

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE